

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2015

No. 04-15-00061-CV

Ravi **BOTLA**, M.D.,
Appellant

v.

Salvador **DEL TORO**, Jr.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19135
Peter Sakai, Judge Presiding

## O R D E R

On February 6, 2015, Dr. Ravi Botla filed a motion to stay proceedings in the underlying case and petitioned this court for permission to appeal an interlocutory order that is not otherwise appealable. *See* TEX. R. APP. P. 28.3(a). Any other party may file a response not later than February 17, 2015. *See id.* R. 28.3(f); *id.* R. 4.1(a).

On February 11, 2015, respondent Salvador Del Toro Jr. moved this court for a five-day extension of time to file a response to Dr. Botla's petition. *See* TEX. R. APP. P. 28.3(f).

Respondent's motion is GRANTED; his response must be filed with this court by February 23, 2015. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court